**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1480**

---

THE HUNTINGTON MORTGAGE COMPANY,

                                  Plaintiff - Appellant,

        versus

RICHARD G. SHERMAN; TRACY O. HOBSON,

                                  Defendants - Appellees,

        and

MORTGAGE POWER FINANCIAL SERVICES, INCORPO-
RATED; JANG HOO JOO; HYUNG SON; JORGE ESTRADA;
JOSE JOVEL,

                                  Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-2498-AW)

---

Submitted:  January 31, 2001        Decided:  February 15, 2001

---

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Hansel H. Rhee, LEE & MCSHANE, P.C., Washington, D.C., for Appellant. John R. Tjaden, Silver Spring, Maryland; Kevin Karpinski, ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Huntington Mortgage Company appeals from the district court's order awarding summary judgment to Richard Sherman and Tracy Hobson on its claim alleging negligent misrepresentation under Maryland law. Our review of the record, the parties' briefs, and the district court's opinions discloses no reversible error. Accordingly, we grant Hobson's motion to file a surreply brief and affirm on the reasoning of the district court. The Huntington Mortgage Co. v. Sherman, No. CA-97-2498-AW (D. Md. filed Aug. 31, 1999; entered Sept. 3, 1999; filed Mar. 14, 2000; entered Mar. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED